1 **The Sloane/Tygret Law Group**
Jeffrey G. Sloane, Esq.
2 Nevada Bar No. 784
Rachel S. Tygret, Esq.
3 Nevada Bar No. 14120
510 South 8th Street
4 Las Vegas, Nevada 89101
Main: (725) 238-6011
5 Direct (702) 269-8570
Email: jeff@jsloanelaw.com
6 Email: rachel@jsloanelaw.com
7 Attorneys for Defendant
Aspen National Financial, Inc.
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| John C. Pipes | Case No.: 2:24-cv-02170-EJY |
| Plaintiff, | |
| vs. | |
| Aspen National Financial, Inc. d/b/a Aspen National Collections and TransUnion, LLC, | |
| Defendants. | |

**JOINT STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)**

Defendant, Aspen National Financial Inc. ("Aspen"), and Plaintiff, John C. Pipes, jointly stipulate to allow Aspen an additional 30 days to respond to Plaintiff's complaint (ECF Doc. 1).

Aspen was served with Plaintiff's complaint on November 22, 2024.

Aspen's response to Plaintiff's Complaint is due December 16, 2024.

The reason for the extension is to permit Aspen to gather information necessary to respond to the complaint. And, to permit the parties to engage in early settlement discussions.

This is the first stipulation for extension of time for Aspen to file a response to Plaintiff's complaint.

| | |
|---|---|
| The Sloane/Tygret Law Group<br>Attorneys for Defendant<br>Aspen National Financial, Inc. | Kazerouni Law Group, APC<br>Attorneys for Plaintiff<br>John C. Pipes |
| /s/ Jeffrey G. Sloane, Esq.<br>Jeffrey G. Sloane, Esq.<br>Nevada Bar No. 784<br>510 South 8th Street<br>Las Vegas, Nevada 89101<br>(725) 238-6011 | /s/ Mona Amini, Esq.<br>Mona Amini, Esq.<br>6940 S. Cimarron Rd., Suite 210<br>Las Vegas, Nevada 89113<br>(949) 272-2223 |

**ORDER**

**IT IS SO ORDERED this 16th day of December, 2024.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 13, 2024.

BY: Jeffrey G. Sloane, Esq.
Jeffrey G. Sloane, Esq.
Nevada Bar No. 784
510 South 8th Street
Las Vegas, Nevada 89101
Main: (725) 238-6011
Direct (702) 269-8570
jeff@jsloanelaw.com
Attorneys for Defendant
Aspen National Financial, Inc.