Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
Telephone: (800) 400-6808
Facsimile: (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

*Attorneys for Plaintiff,*
*John C. Pipes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| **JOHN C. PIPES,** | Case No.: 2:24-cv-02170-MMD-EJY |
| **Plaintiff,** | **ORDER GRANNG STIPULATION OF DISMISSAL ASPEN NATIONAL FINANCIAL, INC. D/B/A ASPEN NATIONAL COLLECTIONS ONLY** |
| **vs.** | |
| **ASPEN NATIONAL FINANCIAL, INC. d/b/a ASPEN NATIONAL COLLECTIONS; AND TRANS UNION, LLC,** | |
| **Defendants.** | |

///

///

///

STIPULATION FOR DISMISSAL

KAZEROUNI LAW GROUP, APC

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff John C. Pipes ("Plaintiff") and Defendant Aspen National Financial, Inc. d/b/a Aspen National Collections ("Defendant Aspen") stipulate to dismiss Plaintiff's claims against Defendant Aspen <u>only</u> with prejudice.  Each party will bear its own costs, disbursements, and attorney fees.

To dispel any ambiguity, all claims against Defendant Trans Union, LLC remain active.

DATED this 2nd day of May 2025.

**KAZEROUNI LAW GROUP, APC**

By:  /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6940 S. Cimarron Rd., Suite 210
Las Vegas, Nevada 89113
*Attorneys for Plaintiff*

**THE SLOANE/TYGRET LAW GROUP**

By:   /s/ Jeffrey Sloane
Jeffrey G. Sloane, Esq.
510 South 8th Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Aspen National Financial, Inc.*
*d/b/a Aspen National Collections*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: May 5, 2025

STIPULATION FOR DISMISSAL