1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JOHN C. PIPES

Plaintiff(s),

vs.

ASPEN NATIONAL FINANCIAL, INC., and TRANS UNION, LLC,

Defendant(s).

Case # 2:24-cv-02170-MMD-EJY

**ORDER GRANTING VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Amanda Loughmiller_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Quilling, Selander, Lownds, Winslett, & Moser, P. C.
(firm name)

with offices at _____6900 Dallas Parkway, Suite 800_____,
(street address)

_____Plano_____, _____Texas_____, _____75024_____,
(city)            (state)          (zip code)

_____(214) 560-5455_____, _____aloughmiller@qslwm.com_____.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Trans Union LLC_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since   November 11, 2000   , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of   Texas  
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Please see attachment. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Texas, State Bar of Mississippi, State Bar of Utah, State Bar of Oklahoma

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ____Texas____ }
COUNTY OF ____Collin____ }

____Amanda Loughmiller____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__23rd__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court

TAMI CRITTENDEN
Notary Public, State of Texas
Comm. Expires 06-01-2027
Notary ID 12963578-7

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Sarai L. Brown____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____1120 Town Center Drive, Suite 200____,
(street address)

____Las Vegas____ , ____Nevada____ , ____89144____ ,
(city)           (state)           (zip code)

____(702) 363-2535____ , ____sbrown@skanemills.com____ .
(area code + telephone number)   (Email address)

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Sarai L. Brown_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

*Laura Rang         *This signature was placed on the document with
(party's signature)   the express permission of Laura Rang

Trans Union, LLC - Senior Director
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____[signature]_____
Designated Resident Nevada Counsel's signature

11067                sbrown@skanemills.com
Bar number           Email address

APPROVED:

Dated: this __1st__ day of __July, 2025__.

_____[signature]_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

JOHN C. PIPES,

    Plaintiff,

v.

ASPEN NATIONAL FINANCIAL, INC., and TRANS UNION, LLC,

    Defendants.

Case No. 2:24-cv-02170-MMD-EJY

**ATTACHMENT TO VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
| --- | --- | --- |
| Supreme Court of Mississippi | 106357 | 09/02/21 |
| Supreme Court of Texas | 24028042 | 11/01/00 |
| Oklahoma Bar Association | 35383 | 03/14/23 |
| Supreme Court of Utah | 18771 | 05/09/23 |
| U.S. District Court – District of Colorado | | 01/09/15 |
| U.S. District Court – Northern District of Florida | | 10/16/15 |
| U.S. District Court – Southern District of Mississippi | | 12/02/21 |
| U.S. District Court – Northern District of Mississippi | | 01/25/22 |
| U.S. District Court - Eastern District of Texas | | 02/14/12 |
| U.S. District Court - Eastern District of Oklahoma | | 04/24/23 |
| U.S. District Court – Western District of Oklahoma | | 07/17/23 |
| U.S. Bankruptcy Court – Eastern District of Oklahoma | | 04/21/23 |
| U.S. Bankruptcy Court - Northern District of Texas | | 11/02/23 |
| U.S. District Court – Northern District of Texas | | 02/13/12 |
| U.S. District Court – Southern District of Texas | 1476709 | 05/17/12 |

1

8039836.1

| | | |
|---|---|---|
| U.S. District Court – Western District of Texas | | 06/14/13 |
| U.S. District Court – District of Utah | | 10/24/2022 |
| U.S. Court of Appeals for the 11TH Circuit | | 06/19/18 |
| U.S. Court of Appeals for the 5th Circuit *[acct. 5882440)* | | 02/08/22 |
| U.S. Court of Appeals for the 4th Circuit | | 12/14/23 |
| Supreme Court of Mississippi | 106357 | 09/02/21 |
| Supreme Court of Texas | 24028042 | 11/01/00 |

8039836.1

# CERTIFICATE OF GOOD STANDING

*This document expires 60 days from the date of issuance*

Issued on 6/19/2025

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Amanda P Loughmiller

This is to certify that Amanda P Loughmiller, Utah State Bar No. 18771 was admitted to practice law in Utah on 5/9/2023.

Amanda P Loughmiller is currently an ACTIVE member of the Utah State Bar in good standing. "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

Maribeth LeHoux
General Counsel
Utah State Bar

No.2025 -1147581
verify by email at cogsrequest@utahbar.org



THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# Letter of Good Standing

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**Amanda Paige Loughmiller,** Mississippi Bar Identification Number **(106357)**, was admitted to practice law **September 30, 2021.**

_Erin Morin_
_Membership Records Coordinator_

Date  06/20/2025

Official Seal of Mississippi Bar

# OKLAHOMA BAR ASSOCIATION
Office of the General Counsel

### CERTIFICATE

STATE OF OKLAHOMA  )
                   )
COUNTY OF OKLAHOMA )

Gina L. Hendryx, being duly sworn, deposes and says:

That she is the General Counsel of the Oklahoma Bar Association, under the Rules Creating and Controlling the Oklahoma Bar Association as adopted and promulgated by the Supreme Court of the State of Oklahoma, and as such has access to the records and files showing the date of admission and the standing of all attorneys admitted to practice by the Supreme Court. That, as General Counsel of the Oklahoma Bar Association, pursuant to the Rules Governing Disciplinary Proceedings, 5 O.S. Ch. 1, App. 1-A, as adopted and promulgated by the Supreme Court of the State of Oklahoma, she is entrusted with the permanent records of all disciplinary matters affecting attorneys licensed to practice law in the State of Oklahoma.

That AMANDA PAIGE LOUGHMILLER, OBA #35383, was admitted to the practice of law by the Supreme Court of Oklahoma on March 14, 2023 and is an active member in good standing of the Oklahoma Bar Association. No grievances have been filed against this Oklahoma licensed attorney nor has this attorney ever been subjected to disciplinary action.

_____
Gina L. Hendryx
General Counsel

The foregoing was subscribed and sworn to before me under penalty of perjury pursuant to the laws of the State of Oklahoma on the 19th day of June, 2025 by Gina L. Hendryx.

_____
NOTARY PUBLIC

My Commission Expires:
  10/21/27

Commission Number:
  19010584



1901 North Lincoln Blvd.
P.O. Box 53036
Oklahoma City, OK 73152-3036
  office 405.416.7007
  fax 405.416.7003
  toll free 800.522.8065

www.okbar.org

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

May 08, 2025

Re: Ms. Amanda P. Loughmiller, State Bar Number 24028042

To Whom It May Concern:

This is to certify that Ms. Amanda P. Loughmiller was licensed to practice law in Texas on November 01, 2000, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.

This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.

Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/jw



P.O. BOX 12487, CAPITOL STATION, AUSTIN, TEXAS 78711-2487, 512.427.1350; FAX: 512.427.4167